

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Phillip Frias, | § | No. 08-13-00325-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 171st District Court |
| | § | |
| The State of Texas, | § | of El Paso County, Texas |
| | § | |
| State. | § | (TC# 20130D03266) |
| | § | |

## <u>CLARIFICATION ORDER</u>

The Court previously abated the above styled and numbered cause pending the final resolution of the State's appeal in cause 08-14-00014-CR, styled *The State of Texas v. Phillip Andrew Frias*. On May 27, 2016, the Court issued its opinion and judgment reversing the trial court's order which granted the defendant's motion for new trial. That decision became final upon the issuance of our mandate on January 30, 2017. The defendant's appeal in cause number 08-13-00325-CR, which had been previously abated, must now proceed. Therefore, the appeal in cause number 08-13-00325-CR is reinstated. The reporter's record must be filed in cause number 08-13-00325-CR in order for Mr. Frias's appeal to continue. Therefore, on the Court's own motion, the Reporter's Record is now due to be filed in this Court no later than March 10, 2017.

IT IS SO ORDERED this 9th day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.